455 A.2d 205

Commonwealth v. Walker, Appellant.

Argued November 16, 1982.  Elmer John McKechnie, Jr., for appellant;  Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

Judgment of sentence affirmed.

455 A.2d 205

Commonwealth v. Wideman, Appellant.

Submitted April 22, 1982.  Norris E. Gelman, for appellant;  Nancy Dena Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.